UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO GONZALEZ,<br><br>　　　　Defendant. | No. CR-10-0834-WHA<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 14, 2010, TO JANUARY 11, 2011, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

　　　　On December 14, 2010, the parties appeared before the Court for a status conference. At the status conference, defense counsel requested additional time to review the evidence in the case. The Court set the matter for a status conference on January 11, 2011.

　　　　With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 14, 2010 through January 11, 2011.

　　　　The parties agree, and the Court finds and holds, as follows:

　　　　1. The defendant agrees to an exclusion of time under the Speedy Trial Act from

December 14, 2010 through January 11, 2011, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to continue discovery review. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to December 14, 2010, shall remain preserved.

2. Counsel for the defense believes that the exclusion of time is in his client's best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 14, 2010 through January 11, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from December 14, 2010 through January 11, 2011, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

STIPULATED:

DATED: January 10, 2010                /s/
                                       ERICK GUZMAN
                                       Attorney for Defendant

DATED: January 10, 2010                /s/
                                       AARON D. WEGNER
                                       Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 10, 2011.
                                       HON. WILLIAM H. ALSUP
                                       United States District Judge