UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0834-WHA |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 11, 2011, TO JANUARY 25, 2011, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| ) | |
| v. ) | |
| ) | |
| ALEJANDRO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On January 11, 2011, the parties appeared before the Court for a status conference. At the status conference, the Court set a briefing schedule for the defendant's motion to dismiss the indictment. Defense counsel agreed to file the motion to dismiss no later than January 25, 2011. The hearing for the motion to dismiss is scheduled for February 8, 2011.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 11, 2011 through January 25, 2011.

The parties agree, and the Court finds and holds, as follows:

1      1. The defendant agrees to an exclusion of time under the Speedy Trial Act from
2  January 11, 2011 through January 25, 2011, based upon the need for effective preparation of
3  counsel and to allow the defendant to file a motion to dismiss the indictment.  The defendant
4  agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial
5  Act violations prior to January 11, 2010, shall remain preserved.
6      2. Counsel for the defense believes that the exclusion of time is in his client's best
7  interest.
8      3. Given these circumstances, the Court finds that the ends of justice served by excluding
9  the period from January 11, 2011 through January 25, 2011, outweigh the best interest of the
10 public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
11     4. Accordingly, and with the consent of the defendant, the Court orders that the period
12 from January 11, 2011 through January 25, 2011, shall be excluded from Speedy Trial Act
13 calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

STIPULATED:

DATED: January 13, 2011

/s/
ERICK GUZMAN
Attorney for Defendant

DATED: January 13, 2011

/s/
AARON D. WEGNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 13, 2011.

HON. WILLIAM H. ALSUP
United States District Judge

2