1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 10-834 |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING PRE-TRIAL CONFERENCE, VACATING JURY TRIAL AND EXCLUDING TIME** |
| ALEJANDRO GONZALEZ, | |
| Defendant. | |

Pursuant to stipulation, the pretrial conference scheduled for Thursday, February 17, 2011 and the jury trial scheduled for February 28, 2011, are vacated. A new pretrial conference is is scheduled for Wednesday, March 16, 2011, at 2:00 p.m.

In addition, the Court finds that an exclusion of time from February 17, 2011 through March 16, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

February 16, 2011.
DATED

HON. WILLIAM ALSUP
United States District Court Judge