UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-10-0834 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TO PRESERVE AND RE-WEIGH DRUG EVIDENCE** |
| ) | |
| **ALEJANDRO GONZALEZ,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and his agents the drugs seized in the above-referenced case for examination and weighing without packaging by "Forensic Analytical Sciences" in Hayward, California. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Gonzalez, and an opportunity to respond.

**SO ORDERED.**

Dated: February 16, 2011.

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge