UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: CR-10-0834 |
| )                             | |
| Plaintiff,    )               | ~~[PROPOSED]~~ |
| )                             | **ORDER TO PRESERVE AND RE-WEIGH** |
| v.            )               | **DRUG EVIDENCE** |
| )                             | |
| **ALEJANDRO GONZALEZ,**  )    | |
| )                             | |
| Defendant.    )               | |
| )                             | |

**IT IS HEREBY ORDERED**

Upon the defendant's Ex Parte Application for an Order which requires the Government to produce the following exhibit, to wit:

    Exhibit Number        FDIN#

        4                  2010460766

for qualitative and quantitative analysis and identification of the controlled substance contained therein by a defense expert, and upon the Court's consideration of defendant's Ex Parte Application,

    **IT IS HEREBY ORDERED**, in accordance with Fed.R.Crim.P. 16(a)(1)(E), that the Government shall allow the defense to independently inspect and weigh the total amount of the above listed narcotics

    **IT IS FURTHER ORDERED** that a Drug Enforcement Administration Agent or Task Force Officer

shall deliver the drug exhibit identified above to Judy Stewart, DEA License No. RF1093778, of Forensic Analytical Sciences, Inc., 3777 Depot Road, Suite 403, Hayward, California. The DEA Western Laboratory shall arrange the delivery of said representative sample on or before March 16, 2010, to the DEA Agent or Task Force Officer for immediate delivery to Judy Stewart of Forensic Analytical Sciences, Inc.; and

IT IS FURTHER ORDERED that the defense expert shall conduct the qualitative analysis and identification ordered herein, and shall provide the Government with an Unsworn Declaration Under Penalty of Perjury, under 28 U.S.C. Section 1746, executed by Judy Stewart, which states the quantity of each exhibit consumed during testing, and either the weight of each exhibit returned to the Government, or a statement that all sample was consumed during testing; and

IT IS FURTHER ORDERED that all remaining material of the sample, after testing, is to be returned by Judy Stewart to the DEA Western Laboratory via registered U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of analyses; and

IT IS FURTHER ORDERED that Judy Stewart is to safeguard the representative sample received, preserving the chain of custody in a manner to faithfully protect the integrity of the exhibit received; and

IT IS FURTHER ORDERED that Judy Stewart be allowed to conduct scientific tests to determine the weight of the above listed exhibit.

**SO ORDERED.**

Dated: February 28, 2011.  
_____  
HONORABLE WILLIAM ALSUP  
United States District Court Judge