<b>United States District Court</b><br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00834 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION TO CONTINUE APPEARANCE** |
| ALEJANDRO GONZALEZ, | |
| Defendant. | |

A pretrial conference is scheduled in this matter for March 16, 2011, at 2:00 p.m. At 3:50 p.m. on March 15, defense counsel filed a stipulation to continue the appearance until April 13. That request is **DENIED**, and counsel shall appear today at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE