UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO GONZALEZ,<br><br>　　　　Defendant. | CASE NO. CR 10-834<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

　　　The parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from March 16, 2011, through April 13, 2011 for continuity, effective preparation of counsel, and preparation for trial. The exclusion of time is necessary in light of the necessary preparation for the anticipated bench-trial, and the weighing of the alleged narcotics.

　　　To date, all time except for five days, has been excluded under the SpeedyTrialAct, Title18, United States Code, Section 3161 and sixty-five days therefore remain on the Speedy

1 | Trial clock.  Should the Court grant the exclusion of time until April 13, 2011, the Speedy Trial
2 | date will be June 17, 2011.

IT IS SO STIPULATED

| \_\_3/17/2011\_\_ | \_\_/s/\_\_ |
| DATED | MELINDA HAAG |
|  | United States Attorney |
|  | Northern District of California |
|  | AARON WEGNER |
|  | Assistant United States Attorney |

| 3/17/2011 | \_\_/s/\_\_ |
| DATED | ERICK L. GUZMAN |
|  | Attorney for Mr. Gonzalez |

**[PROPOSED] ORDER**

For the reasons stated above, the Court finds that an exclusion of time from March 16, 2011 through April 13, 2011 is warranted. *See* 18 U.S.C. §3161 (h)(8)(A). To date, all time, except for five days, has been excluded under the Speedy Trial Act, Title 18, United States Code, section 3161 and sixty-five days remain on the Speedy Trial clock. The Speedy Trial date for this matter is therefore June 17, 2011.

IT IS SO ORDERED.

March 21, 2011.
DATED

HON. WILLIAM ALSUP
United States District Court Judge