UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0834-WHA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING BENCH TRIAL AND |
| ) | EXCLUDING TIME |
| v. ) | |
| ) | |
| ALEJANDRO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The above-captioned case is currently scheduled for a stipulated facts bench trial on Wednesday, April 13, 2011. The Court ordered the parties to file the factual stipulation by April 6, 2011. However, before the bench trial can proceed, the parties need to have the drugs re-weighed and come to an agreement regarding the factual stipulation. The parties have undertaken measures to have the drugs in this case re-weighed by a private laboratory. However, the earliest available appointment for reweighing the drugs is April 6, 2011. This will not leave sufficient time for the parties to file the factual stipulation by April 6, 2011.

Accordingly, the parties now stipulate and jointly request that the pre-trial conference

1 currently set for April 13, 2011 be vacated, and that the Court set this matter for a stipulated facts
2 bench trial on April 27, 2011 at 2:00 p.m.  The parties also request that the factual stipulation be
3 due April 20, 2011 instead of April 6, 2011.  Further, the parties stipulate and jointly request that
4 time be excluded from the Speedy Trial Act calculations from April 13, 2011, through April 27
5 2011 for continuity, effective preparation of counsel, and preparation for trial.  The exclusion of
6 time is necessary in light of the necessary preparation for the anticipated bench-trial, and the
7 weighing of the alleged narcotics.  The parties agree that the ends of justice served by granting
8 such a continuance outweigh the best interests of the public and the defendant in a speedy trial.
9 *See* 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED: April 4, 2011             /s/
                                 ERICK GUZMAN
                                 Attorney for Defendant

DATED: April 4, 2011             /s/
                                 AARON D. WEGNER
                                 Assistant United States Attorney

   Except that the factual stipulation will be due on April 20, 2011, and the stipulated facts bench trial will be on May 2, 2011, at 2:00 p.m.

   Otherwise, pursuant to stipulation, IT IS SO ORDERED.

DATED: April 4, 2011.            _____
                                 HON. WILLIAM ALSUP
                                 United States District Judge