1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division                       E-filing

4  AARON D. WEGNER (CABN 243809)
   ROBERT DAVID REES (CASBN 229441)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, 11th Floor
       San Francisco, CA 94102
7      Telephone: (415) 436-7210
       Fax: (415) 436-7234
8      Email: robert.rees@usdoj.gov

9  Attorneys for the Plaintiff

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 10-0834 WHA
                                     )
14        Plaintiff,                 )
                                     )
15     v.                            )   **STIPULATION**
                                     )
16  ALEJANDRO GONZALEZ, a/k/a        )   Trial Date: May 2, 2011
    "Huero,"                         )   Time: 2:00PM
17                                   )   Court: Hon. William H. Alsup
          Defendant.                 )
18  _____ )

19  The parties hereby stipulate and agree as follows:

20        1. The defendant agrees that he is charged in a criminal indictment with an

21  offense that involves at least 5 kilograms or more of a mixture and substance containing a

22  detectable amount of cocaine, its salts, optical and geometric isomers, and salts of

23  isomers, a Schedule II controlled substance.

24        2. Beginning in or about October 2010 and ending on or about November 2, 2010,

25  there was an agreement between the defendant and least one other person to possess with

26  intent to distribute and to distribute cocaine.

27        3. At DEA agents' direction beginning in October 2010, a government

28  confidential informant ("CI") placed multiple recorded telephone calls to the defendant's

STIPULATION, CR 10-834 WHA

1 cellular telephone number. During these telephone calls, two of which occurred on

2 October 20, 2010 and October 26, 2010, the CI was in the Northern District of California.

3 The defendant was not within the Northern District of California when these telephone

4 calls were placed. During the telephone calls on October 20 and October 26, 2010, the CI

5 negotiated the purchase of five kilograms of cocaine from the defendant for $85,000.00.

6 As part of the agreement, the defendant stated that he would deliver the five kilograms of

7 cocaine to the CI. In addition, during these conversations, the defendant indicated that he

8 would bring another individual, known as "the guy," to the narcotics transaction. "The

9 guy" and the defendant were working together to sell the five kilograms of cocaine to the

10 CI.

11     4. On November 2, 2010, the CI met with the defendant in a Chile's parking lot at

12 the Vintage Faire Shopping Center located at 3401 Dale Road, Modesto, California. The

13 CI was accompanied by an undercover DEA agent ("UC") who the CI introduced to the

14 defendant as the source of the funds for the cocaine deal. The defendant was

15 accompanied by "the guy" who stayed in the driver's seat of the defendant's car during

16 the transaction.

17     5. The UC would testify to the following facts if he testified at trial. After the UC

18 met the defendant, the defendant opened the trunk of his car and removed an electronics

19 box. The defendant placed the electronics box inside of the UC's vehicle. The UC then

20 opened the box and removed a speaker. The UC opened up the speaker and observed

21 several white bricks of cocaine wrapped in clear plastic wrap. After the UC cut into one

22 of the bricks of cocaine, he made eye contact with "the guy" and they smiled at each

23 other.

24     6. Modesto, California is not in the Northern District of California.

25     7. The defendant agrees and stipulate that the total amount of cocaine attributable

26 //

27 //

28 //

STIPULATION, CR 10-834 WHA     2

to him for purposes of relevant conduct is five kilograms.

IT IS SO STIPULATED:

DATED:

ALEJANDRO GONZALEZ
Defendant

DATED:  April 20, 2011

/s
ERICK GUZMAN
Attorney for Defendant

DATED:  April 20, 2011

AARON D. WEGNER
ROBERT DAVID REES
Assistant United States Attorney

STIPULATION, CR 10-834 WHA          3