UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO GONZALEZ,<br><br>    Defendant. | CASE NO. CR 10-0834<br><br>**APPLICATION AND [PROPOSED]**<br>**ORDER APPOINTING COUNSEL.** |

    Undersigned counsel, who is a member of this District's CJA panel, was appointed by this Court to represent the defendant at the trial level. During that representation, the defendant moved to dismiss the indictment. After losing that motion, defendant proceeded by way of a stipulated facts bench trial to preserve the ability. Undersigned counsel respectfully requests this

1 Court to re-appoint undersigned counsel to represent the defendant on appeal.  Mr. Gonzalez is
2 still indigent and cannot retain private counsel for appeal.

DATED: July 21, 2011                     Respectfully submitted,


                                         By  */s/ Erick Guzman*
                                             Erick L. Guzman
                                             Attorney for Alejandro Gonzalez

## [~~PROPOSED~~] ORDER

Pursuant to the Criminal Justice Act, Erick Guzman, Esq. is appointed to represent the defendant on appeal.

IT IS SO ORDERED.

July 21, 2011.
DATED

HON. WILLIAM ALSUP
United States District Court Judge