1   LAW OFFICE OF
2   ERICK L. GUZMAN
    Cal. Bar # 244391
3   740 4th St.
    Santa Rosa California 95404
4   T:(707)595-4474/ F: (707)540-6298
    E: elg@guzmanlaw.org
5
    Counsel for Defendant Gonzalez
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA              No. CR 10-0834-WHA

13                Plaintiff,               **STIPULATION AND [PROPOSED]
                                           ORDER REGARDING SENTENCE
        v.                                 REDUCTION UNDER U.S.S.G. § 1B1.1(b)
14                                         AND AMENDMENT 782**

15   ALEJANDRO GONZALEZ,

16                Defendant.

17

18       **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting
19
     through their respective counsel, that:
20
     1.    Defendant is making an unopposed motion for modification of his sentence pursuant to
21
22         18 U.S.C. § 3582(c)(2).

23   2.    Defendant's original guideline calculation was as follows:

24         Total Offense Level: 28

25
           Criminal History Category:  I
26
           Guideline Range: 78 (seventy-eight) months to 87 (eighty-seven) months
27
28   3.    Defendant was sentenced to 78 (seventy-eight months) imprisonment on July 26, 2011.

     *3582 STIP,* CR 10-0834-WHA
     DEF. GONZALEZ                          1

4.    According to the Bureau of Prisons, Defendant's current projected release date is July 26, 2016.

5.    Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6.    Defendant's revised guideline calculation is as follows:

Total Offense Level: 26

Criminal History Category: I

Guideline Range: 63 (sixty-three) months  to 78 (seventy-eight) months

Mandatory Minimum: N/A

7.    The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8.    Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing Defendant's term of custody to "63 (sixty-three) months, but not less than the time of imprisonment that the Defendant has served as of November 1, 2015."

9.    The parties further stipulate that the Court may include in its amended judgment a recommendation to the Bureau of Prisons that the Defendant be transferred to a halfway house at the appropriate time before his release on November 1, 2015.

10.   The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

11.   The parties further stipulate that the Court's Order will take effect on November 1, 2015.

12.   Defendant stipulates that he waives and does not request a hearing pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

13.  Defendant waives his right to appeal the district court's sentence.

14.  Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

December 15, 2014                          /s/
_____          _____
DATED                                      MELINDA L. HAAG
                                           United States Attorney
                                           J. DOUGLAS WILSON
                                           Assistant United States Attorney

December 15, 2014                          /s/
_____          _____
DATED                                      ERICK L. GUZMAN

IT IS SO ORDERED.

  January 20, 2015.
_____          _____
DATED                                      WILLIAM H. ALSUP
                                           United States District Judge