AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | )  |
|---|---|
| v. | )  |
| Alejandro Gonzalez | ) Case No:  CR 10-00834-001 WHA |
|  | ) USM No:  15085-111 |
| Date of Original Judgment:  07/26/2011 | )  |
| Date of Previous Amended Judgment: | ) Erik Guzman (Appointed) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   78   months **is reduced to**   63 months*   .

*(Complete Parts I and II of Page 2 when motion is granted)*

*63 (sixty-three) months, but not less than the time of imprisonment that the Defendant has served as of November 1, 2015

Except as otherwise provided, all provisions of the judgment dated   07/26/2011   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/26/2015

*Judge's signature*

Effective Date:   11/01/2015         William Alsup, United States District Judge
*(if different from order date)*         *Printed name and title*